UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-95-DMG (SKx)** | Date | July 8, 2020 |
|---|---|---|---|

Title   *F. Xayvier Swensen v. Unknown Cooper, et al.*

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 18, 2020, the Court ordered Plaintiff to effectuate service of process or file a further status report by June 30, 2020. [Doc. # 11.] Plaintiff has done neither. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing within ten court days from the date of this Order why this action should not be dismissed for lack of prosecution.

IT IS SO ORDERED.