**JS-6**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F. XAYVIER SWENSEN, an individual, | Case No. CV 20-95-DMG (SKx) |
| Plaintiff, | **ORDER RE DISMISSAL [33]** |
| v. | |
| UNITED STATES OF AMERICA; and DOES 1-10, inclusive, individually and in their official capacity as police officers for the UNITED STATES OF AMERICA, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, the above-captioned action is dismissed with prejudice.  The parties shall bear their own fees, costs, and expenses.

DATED:  August 12, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1